IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:11CR47 |
| vs. | ) | |
| | ) | ORDER |
| BALFRE DEGANTE-SALINAS, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [32]. Pretrial motions were originally due April 11, 2011. This deadline has expired. The present motion was not timely filed, therefore, this deadline will not be reopened.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [32] is denied.

2. A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED this 20th day of May, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**